UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
PATTY RATERMANN, :
:
Plaintiff, :
:  22-CV-325 (JMF)
-v- :
:  ORDER
:
PIERRE FABRE USA, INC., et al., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated during the teleconference held earlier today:

- Defendant Walgreen Co. shall file its motion to dismiss no later than **May 20, 2022**.

- Plaintiff shall file any amended complaint no later than **May 27, 2022**.

- The parties shall confer and, no later than **June 1, 2022**, submit a joint letter with a proposed briefing structure (seeking to consolidate briefing as much as possible) and schedule for the motions to dismiss.

- Discovery is hereby stayed as to all Defendants.  No later than **June 3, 2022**, Plaintiff and QuickFrame, Inc., shall confer and, if they reach agreement as to discovery, file a joint letter with their proposal.  If Plaintiff and QuickFrame, Inc., are unable to reach agreement, Plaintiff shall, by that same date, file a letter motion, not to exceed three pages, seeking whatever discovery she believes is appropriate.  QuickFrame, Inc., shall have three business days to respond in a letter not to exceed three pages.

SO ORDERED.

Dated: May 13, 2022                         _____
       New York, New York                          JESSE M. FURMAN
                                                United States District Judge