**EXHIBIT B**

# QuickFrame

**QUICKFRAME, INC.**
**PHOTOGRAPHY RELEASE FORM**

For good and valuable consideration that is acknowledged as received and sufficient, I hereby grant Quickframe permission to utilize my photography work for a single license use on Instagram. I understand and agree that my photography will be maintained, made available and utilized by Quickframe for this purpose.

I hereby irrecovably authorize Quickframe to edit, alter, and publish my photography on Instagram for purposes of publizicing Quickframe's affiliates or for any other related, lawful purpose. In addition, I wave the right to inspect or approve the finished product, including written or electronic copy, wherein my likeness appears. ~~Additionally, I waive any right to additional royalties or other compensation arising out of, or related to, the use of the photograph.~~

I represent and warrant that that I am of legal age and have the right to grant the single license use of my photography to Quickframe, as stated in this release, without the consent or knowledge of any other person.  **If I am under the age of consent, my parent or guardian who has signed below, acknowledges, approves and confirms all warranties and representations and the rights granted hereunder.**

**Quickframe agrees to retain the integrity of my name, biographical data, written word, photography work, or likeness, neither misrepresenting my words nor taking them out of reasonable context.**

I attest that I have voluntarily granted use of my work to Quickframe and that this document contains the entire and complete agreement concerning the photography.

The rights that I have granted to Quickframe under this release are single license for Instagram only. This release shall be governed by the laws of the State of New York, without giving effect to its principles of conflicts of law and venue for all disputes in connection with this release shall be brought in the State and Federal Courts of the State of New York located in New York County.  This release represents the entire agreement of the parties with respect to the subject matter.  No modification, amendment, supplement to or waiver of any provision of this release shall be binding upon the parties hereto unless made in writing and duly signed by the parties.

Name (printed): _____

Signature: _____

**(Signed by parent, legal guardian or agent if I am under the age of consent)**

Parent/Guardian/Agent Name (if applicable): _____

Date: _____

450 W 33rd Street, 12th FL • New York, New York 10001 • 917.740.6031 • www.Quickframe.com