UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
PATTY RATERMANN, :
:
                    Plaintiff, :      22-CV-325 (JMF)
:
    -v- :      ORDER
:
PIERRE FABRE USA, INC., et al., :
:
                  Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of Defendants' new motions to dismiss, *see* ECF Nos. 74, 79, Defendants' earlier motions to dismiss filed at ECF Nos. 47, 50, 53, 57, and 67 are hereby DENIED as moot.

      The Clerk of Court is directed to terminate ECF Nos. 47, 50, 53, 57, and 67.

      SO ORDERED.

Dated: June 30, 2022
       New York, New York                                         _____
                                                                   JESSE M. FURMAN
                                                          United States District Judge