UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
PATTY RATERMANN, :
:
Plaintiff, :
: 22-CV-325 (JMF)
-v- :
: ORDER
PIERRE FABRE USA, INC. et al., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On February 16, 2023, Plaintiff filed her Fourth Amended Complaint. *See* ECF No. 100. In doing so, however, she failed to comply with Paragraph 1.B of the Court's Individual Rules and Practices in Civil Cases, which provides that "[a]ny amended or corrected filing (including but not limited to amended pleadings) shall be filed with a redline showing all differences between the original and revised filing." Plaintiff shall file a redline no later than **February 21, 2023.**

SO ORDERED.

Dated: February 17, 2023
      New York, New York

                                               JESSE M. FURMAN
                                          United States District Judge