```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
PATTY RATERMANN,                                                        :
                                                                        :
                           Plaintiff,                                   :    22-CV-325 (JMF)
                                                                        :
            -v-                                                         :    ORDER
                                                                        :
PIERRE FABRE USA, INC. et al.,                                          :
                                                                        :
                           Defendants.                                  :
                                                                        :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      On March 17, 2023, Defendant Pierre Fabre USA, Inc. and Defendant Walgreen Co. filed their motion to dismiss the Fourth Amended Complaint.  *See* ECF No. 115.  And on March 21, 2023, Defendant QuickFrame, Inc. filed its motion to dismiss.  *See* ECF No. 118.  Plaintiff shall file any opposition to the motions to dismiss — in the form of a single, consolidated memorandum of law, not to exceed 20 pages — by **April 21, 2023**.  Defendants' replies, if any, shall be filed by **April 28, 2023**.

      SO ORDERED.

Dated: March 23, 2023
       New York, New York

                                                    JESSE M. FURMAN
                                               United States District Judge