UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
PATTY RATERMANN, :
:
Plaintiff, :
: 22-CV-325 (JMF)
-v- :
: ORDER
PIERRE FABRE USA, INC. et al., :
:
Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    Pursuant to the Court's November 13, 2023 Order, ECF No. 132, Defendants were required to file their Answer to Plaintiff's remaining claims within two weeks of the date of that Order. To date, Defendants have not filed their Answer. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **November 30, 2023**.

    SO ORDERED.

Dated: November 28, 2023
       New York, New York
                                                 JESSE M. FURMAN
                                           United States District Judge