UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
PATTY RATERMANN, :
:
                Plaintiffs, :          22-CV-325 (JMF)
:
       -v- :          <u>ORDER</u>
:
QUICKFRAME, INC., :
:
                Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Court will hold a telephone conference on **January 30, 2025**, at **3:00 p.m.**, to set a trial date in this case. To access the conference, counsel should call the Court's dedicated conference call line at (855) 244-8681 and use access code 2303 019 3884, followed by the pound (#) key. When prompted for an attendee ID number, press the pound (#) key again. Members of the press and public may call the same number, but will not be permitted to speak during the conference. The parties are reminded to follow the procedures for telephone conferences described in the Court's Individual Rules and Practices, which are available at https://nysd.uscourts.gov/hon-jesse-m-furman, including Rule 3(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

      In advance of the conference, the parties shall confer and file a joint letter, no later than **January 30, 2025**, at **10:00 a.m.**, identifying any and all dates between February and May of this year on which they would have immovable conflicts and could not try this case. **The parties are cautioned that when the Court sets a trial date it will be a firm date** (subject to the Court's availability on that date). To that end, the parties are advised that the trial date will not be adjourned on account of a settlement in principle; put differently, unless the parties (1) file a stipulation of dismissal or settlement or (2) appear in person to put the material terms of a settlement on the record, the parties should be prepared to go to trial as scheduled.

      SO ORDERED.

Dated: January 28, 2025
       New York, New York
                                                JESSE M. FURMAN
                                                United States District Judge