UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATTY RATERMANN,<br><br>Plaintiff,<br><br>v.<br><br>PIERRE FABRE USA, INC., et al.,<br><br>Defendants. | Case No.: 1:22-cv-325-JMF |

**NOTICE OF ACCEPTANCE OF RULE 68 OFFER; REQUEST FOR ENTRY OF JUDGMENT THEREUPON**

1

**TO THE HONORABLE COURT, THE CLERK, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff, Patty Ratermann, pursuant to Rule 68 of the Federal Rules of Civil Procedure, hereby accepts the Offer of Judgment served by Defendant, Quickframe, Inc. ("Quickframe"), on February 18, 2025. This filing is pursuant to the Clerk's directive of February 16, 2025, which included no docket number, and directed Plaintiff to refile the Offer of Judgment and Acceptance. The Court has now directed the Clerk to enter the judgment attached hereto. See Dkt. No. 194.

A copy of the Offer of Judgment is attached hereto as **Exhibit A**. Pursuant to Rule 68, Plaintiff requests that the Clerk enter judgment in accordance with Offer of Judgment's terms.

Dated: March 3, 2025　　　　　　　　　　　　Respectfully submitted,
New York, New York

　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　Scott Alan Burroughs, Esq.
　　　　　　　　　　　　　　　　　DONIGER / BURROUGHS
　　　　　　　　　　　　　　　　　247 Water Street, First Floor
　　　　　　　　　　　　　　　　　New York, New York 10038
　　　　　　　　　　　　　　　　　Telephone: (310) 590-1820
　　　　　　　　　　　　　　　　　scott@donigerlawfirm.com
　　　　　　　　　　　　　　　　　*Attorney for the Plaintiff*

## CERTIFICATE OF ELECTRONIC SERVICE

The undersigned certifies that the attached document(s) was/were served on all relevant and necessary parties via the Southern District of New York's electronic filing system on the date set forth below.

Date: March 3, 2025                               By:   */s/ Scott Alan Burroughs*
                                                          Scott Alan Burroughs