UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATTY RATERMANN,<br><br>Plaintiff,<br><br>v.<br><br>PIERRE FABRE USA, INC., et al.,<br><br>Defendants. | Case No.: 1:22-cv-325-JMF |

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT AND OFFER OF JUDGMENT**

TO THE HONORABLE COURT, THE CLERK, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff, Patty Ratermann, pursuant to Rule 68 of the Federal Rules of Civil Procedure, hereby accepts the Offer of Judgment served by Defendant, Quickframe, Inc. ("Quickframe"), on February 18, 2025. This filing is pursuant to the Clerk's directives of February 16, 2025 and March 4, 2025, which included no docket number, and directed Plaintiff to refile the Offer of Judgment and Acceptance. The Court has now directed the Clerk to enter the judgment attached hereto. See Dkt. No. 194.

A copy of the Offer of Judgment is attached hereto as **Exhibit A**. Pursuant to Rule 68, Plaintiff requests that the Clerk enter judgment in accordance with Offer of Judgment's terms.

Dated: March 4, 2025  
New York, New York

Respectfully submitted,

By: _____  
Scott Alan Burroughs, Esq.  
DONIGER / BURROUGHS  
247 Water Street, First Floor  
New York, New York 10038  
Telephone: (310) 590-1820  
scott@donigerlawfirm.com  
*Attorney for the Plaintiff*