**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
PATTY RATERMANN,

                Plaintiff,

    -against-                                        22 **CIVIL** 325 (JMF)

                                                                 **JUDGMENT**

PIERRE FABRE USA, INC., et al.,

                Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated February 27, 2025, judgment is entered in Plaintiff's favor and against QuickFrame for all of her claims in the amount of five thousand dollars ($5,000.00), which is inclusive of Plaintiff's costs and attorneys' fees, and with this amount to be paid to Plaintiff by Quickframe; accordingly, the case is closed.

**Dated:** New York, New York

      March 5, 2025

                                                                    **TAMMI M. HELLWIG**
                                                                    **Clerk of Court**

                                **BY:**          *K. Mango*

                                                                    **Deputy Clerk**